# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 10 PM 1:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 0758

CASE NUMBER: _____

The person charged as <u>THOM, Robert Joseph</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District Sacramento of on <u>3/7/08</u> with <u>Title 18 USC 3606,</u> in violation of:

Failure To Appear

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: <u>3/10/08</u>

Ben Locke
CI - Deputy United States Marshal

Reviewed and Approved

DATE: March 10, 2008

_[signature]_
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

**ROBERT JOSEPH THOM ,**

**WARRANT FOR ARREST**

Case Number: **2:07-CR-00402-EJG**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Robert Joseph Thom ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Violation Petition    ☒ Other    *from the bench.*

charging him or her with (brief description of offense)

**Failure to Appear**

in violation of Title **18**    United States Code, Section(s) **3606**

| | |
|---|---|
| D. Waggoner | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Waggoner | 3/7/08    Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at  no bail | by    Senior Judge Edward J. Garcia |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |