

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Robert Joseph Thom                                  No. 08mj758

HON. Louisa S. Porter                Tape No. POR08-1:15:18-15:19;15:51-16:09(19m)

Asst. U.S. Attorney George Manahan            PTSO Dianna Ghanem

|   |   |   |   |   |   | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Victor Pippins, FD | X Apt | ___ Ret | for | Robert Thom | (1) | (C) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt | ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

- Dft admits ID
- Dft ordered detained.
- Govt to prepare order.
- Warrant of Removal issued to USMS.
- Dft ordered removed to the Eastern District of CA.
- Removal/ID hearing of 03/18/08 is vacated.

Date   03/12/2008                              R. F. Messig

                                               Deputy's Initials