Minutes of the United States District Court
Southern District of California
April 14, 2008

HON. **LEO S. PAPAS**  DEPUTY CLERK: **J. JARABEK**

TAPE NO. N/A

08MJ758  USA  vs.  ROBERT JOSEPH THOM (C)

IN CHAMBERS  DEFENSE COUNSEL: VICTOR PIPPINS, FD - N/A

IN CHAMBERS ORDER. NO PARTIES PRESENT.

LETTER RECEIVED FROM MOTHER OF DEFENDANT STATING SHE WISHED TO BE EXONERATED FROM THE BOND.

COPIES OF THE LETTER HAVE BEEN FORWARDED TO THE US ATTORNEY'S OFFICE AND COUNSEL FOR THE DEFENDANT, VICTOR PIPPINS OF FEDERAL DEFENDERS.

THE COURT DIRECTS DEFENSE COUNSEL TO NOTIFY THE MOTHER OF THE DEFENDANT THAT SHE WILL NEED TO CONTACT THE EASTERN DISTRICT OF CALIFORNIA AS THAT IS THE DISTRICT IN WHICH HIS BOND HAS BEEN POSTED.

4/3/08

Honorable Judge Papas,

I am the mother of Robert Joseph Idom. I would like to be excused from the jury pool that I signed as would our friend Melinda Hill who also signed the pool.

Respectfully,

Joan M. Idom
Melinda A. Hill